**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-349

SAFE STREETS ALLIANCE, PHILLIS WINDY HOPE REILLY, and MICHAEL P. REILLY,

       Plaintiffs,

   v.

ALTERNATIVE HOLISTIC HEALING, LLC, d/b/a Rocky Mountain Organic; JOSEPH R. LICATA; JASON M. LICATA; 6480 PICKNEY, LLC; PARKER WALTON; CAMP FEEL GOOD, LLC; ROGER GUZMAN; BLACKHAWK DEVELOPMENT CORPORATION; WASHINGTON INTERNATIONAL INSURANCE CO.; DAVID L. PATCH; PATCH CONSTRUCTION, LLC; JOHN DOE 1; JOHN W. HICKENLOOPER, JR., in his official capacity as Governor of Colorado; BARBARA J. BROHL, in her official capacity as Executive Director of the Colorado Department of Revenue; W. LEWIS KOSKI, in his official capacity as Director of the Colorado Marijuana Enforcement Division; PUEBLO COUNTY COMMISSION; and PUEBLO COUNTY LIQUOR & MARIJUANA LICENSING BOARD,

       Defendants.

---

## CORPORATE DISCLOSURE STATEMENT

---

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiffs state as follows: Plaintiff Safe Streets Alliance has no parent corporation, and there is no publicly held corporation that owns 10% or more of its stock.

Date:  February 19, 2015                                     Respectfully submitted,

                                                                      <u>s/David H. Thompson</u>
                                                                      David H. Thompson
                                                                      *Counsel of Record*
                                                                      Cooper & Kirk, PLLC
                                                                      1523 New Hampshire Avenue, N.W.
                                                                      Washington, D.C. 20036

(202) 220-9600  
(202) 220-9601 (fax)  
dthompson@cooperkirk.com

*Of Counsel*:  
Charles J. Cooper  
Michael W. Kirk  
Howard C. Nielson, Jr.  
Peter A. Patterson  
Brian W. Barnes  
COOPER & KIRK, PLLC  
1523 New Hampshire Avenue, N.W.  
Washington, D.C. 20036  
(202) 220-9600  
(202) 220-9601 (fax)

*Counsel for Plaintiffs*