IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-349

SAFE STREETS ALLIANCE, PHILLIS WINDY HOPE REILLY, and MICHAEL P. REILLY,

        Plaintiffs,

   v.

ALTERNATIVE HOLISTIC HEALING, LLC, d/b/a Rocky Mountain Organic; JOSEPH R. LICATA; JASON M. LICATA; 6480 PICKNEY, LLC; PARKER WALTON; CAMP FEEL GOOD, LLC; ROGER GUZMAN; BLACKHAWK DEVELOPMENT CORPORATION; WASHINGTON INTERNATIONAL INSURANCE CO.; DAVID L. PATCH; PATCH CONSTRUCTION, LLC; JOHN DOE 1; JOHN W. HICKENLOOPER, JR., in his official capacity as Governor of Colorado; BARBARA J. BROHL, in her official capacity as Executive Director of the Colorado Department of Revenue; W. LEWIS KOSKI, in his official capacity as Director of the Colorado Marijuana Enforcement Division; PUEBLO COUNTY COMMISSION; and PUEBLO COUNTY LIQUOR & MARIJUANA LICENSING BOARD,

        Defendants.

---

## NOTICE OF RELATED CASES

---

Pursuant to D.C.COLO.LCivR 3.2(b), Plaintiffs the Safe Streets Alliance, Phillis Windy Hope Reilly, and Michael P. Reilly hereby notify the Court of one related case: *Safe Streets Alliance v. Medical Marijuana of the Rockies, LLC*, No. 13-350 (D. Colo.). This case and that one have common facts and claims, and the Safe Streets Alliance is a plaintiff in both cases.

Date: February 19, 2015
                                      Respectfully submitted,

                                      s/David H. Thompson
                                      David H. Thompson
                                      *Counsel of Record*
                                      COOPER & KIRK, PLLC

1

1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (fax)
dthompson@cooperkirk.com

*Of Counsel*:
Charles J. Cooper
Michael W. Kirk
Howard C. Nielson, Jr.
Peter A. Patterson
Brian W. Barnes
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (fax)

*Counsel for Plaintiffs*