**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

_____
                                                    )
SAFE STREETS ALLIANCE, *et al.*,   )
                                                    )
      *Plaintiffs*,                       )
                                                    )
      v.                                       )     No. 15-349-REB-CBS
                                                    )
ALTERNATIVE HOLISTIC            )
HEALING, LLC, *et al.*,                  )
                                                    )
      *Defendants*.                      )
_____)

## **PLAINTIFFS' MOTION TO CONSOLIDATE**

Pursuant to Federal Rule of Civil Procedure 42(a) and D.C.COLO.LCivR 42.1, Plaintiffs the Safe Streets Alliance, Phillis Windy Hope Reilly, and Michael P. Reilly move to consolidate this action with *Safe Streets Alliance v. Medical Marijuana of the Rockies, LLC*, No. 15-350. The one plaintiff that is unique to the other action—New Vision Hotels Two, LLC—agrees that these two suits should be consolidated.[1] This motion is consistent with the notices of related cases the plaintiffs in both cases filed concurrently with their complaints. *See* Notice of Related Cases, *Safe Streets Alliance v. Alternative Holistic Healing, LLC*, No. 15-349 (D. Colo. Feb. 19, 2015), Doc. 3; Notice

---

[1] Because Plaintiffs are still in the process of serving summonses on the Defendants, it was impracticable for Plaintiffs to confer with opposing counsel regarding this motion as contemplated by D.C.COLO.LCivR 7.1(a). Plaintiffs did not wait for opposing counsel to enter appearances before making this motion in view of D.C.COLO.LCivR 42.1's admonition that "[a] motion to consolidate shall be given priority."

1

of Related Cases, *Safe Streets Alliance v. Medical Marijuana of the Rockies, LLC*, No. 15-350 (D. Colo. Feb. 19, 2015), Doc. 3.

Where two cases "involve a common question of law or fact," FED. R. CIV. P. 42(a), the Federal Rules give this Court discretion to consolidate them "so that the business of the court may be dispatched with expedition and economy while providing justice to the parties." *Ressler v. Boeing Co.*, 2011 WL 5037193, at *1 (D. Colo. Oct. 24, 2011). The two suits at issue here present several common questions of law and fact that can be most efficiently resolved before a single judge under a single briefing schedule. Specifically, both cases concern whether those who commercially cultivate and sell recreational marijuana as authorized by Colorado law may be held liable under 18 U.S.C. § 1964 for treble damages, costs, attorneys' fees, and appropriate injunctive relief in a suit brought by injured businesses and property owners.

Consolidation would serve the interest of judicial economy and minimize the cost of litigating these cases. Both cases were filed on the same day and are in the same procedural posture. *See Firstier Bank, Kimball, Neb. v. FDIC ex rel. Firstier Bank, Louisville, Colo.*, 2012 WL 1621008, at *2 (D. Colo. May 8, 2012) (granting motion to consolidate where cases were "in the early stages of litigation, and consolidati[on] [would] not complicate or delay the proceedings"). Plaintiffs in both cases have the same counsel. *See Johnson v. Celotex Corp.*, 899 F.2d 1281, 1285 (2d Cir. 1990) (finding consolidation appropriate in part because "all plaintiffs were represented by the same counsel"); *MSPBO, LLC v. Adidas N. Am., Inc.*, 2014 WL 349102, at * 1 (D. Colo. Jan. 30, 2013) (similar). And the defendants in both cases are likely to make similar

arguments. *Phatrat Tech., Inc. v. Timex Corp.*, 2007 WL 683969, at *1 (D. Colo. Mar. 1, 2007) (consolidating cases in view of "similar defenses in both suits"). Under these circumstances, the Court should exercise its discretion and consolidate these cases.

Date:  February 23, 2015                              Respectfully submitted,

s/David H. Thompson
David H. Thompson
*Counsel of Record*
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (fax)
dthompson@cooperkirk.com

*Of Counsel*:
Charles J. Cooper
Michael W. Kirk
Howard C. Nielson, Jr.
Peter A. Patterson
Brian W. Barnes
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (fax)

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 23, 2015, a true and correct copy of Plaintiffs' Motion to Consolidate was filed electronically and, pursuant to Federal Rule of Civil Procedure 5(b)(2)(C), was also served by First Class U.S. Mail upon the following parties:

Alternative Holistic Healing, LLC
d/b/a Rocky Mountain Organic
5412 Highway 119, Unit B
Black Hawk, CO 80422

Joseph R. Licata
1300 70th Avenue
Denver, CO 80221

Jason M. Licata
212 Elk Place
Black Hawk, CO 80422

6480 Pickney, LLC
3275 S. Clermont Street
Denver, CO 80222

Parker Walton
3275 S. Clermont Street
Denver, CO 80222

Camp Feel Good, LLC
c/o Law Office of Craig Small, LLC
595 Canyon Boulevard
Boulder, CO 80302, United States

Roger Guzman
P.O. Box 1743
Evergreen, CO 80437

Blackhawk Development Corporation
c/o James V. Pearson
390 Union Boulevard, Suite 250
Lakewood, CO 80228

Washington International Insurance Co.
475 N. Martingale Road #850
Schaumburg, IL 60173

David L. Patch
17100 Highway 115
Florence, CO 81226

Patch Construction, LLC
17100 Highway 115
Florence, CO 81226

John W. Hickenlooper, Jr.,
Governor of Colorado
136 State Capitol
Denver, CO 80203

Barbara J. Brohl
Executive Director
Colorado Department of Revenue
1375 Sherman Street
Denver, CO 80261

W. Lewis Koski
Director
Colorado Marijuana Enforcement Division
455 Sherman Street, Suite 390
Denver, CO 80203

Pueblo County Commission
215 W. 10th Street
Pueblo, CO 81003

Pueblo County Liquor & Marijuana Licensing Board
215 W. 10th Street
Pueblo, CO 81003

The following parties in *Safe Streets Alliance v. Medical Marijuana of the Rockies, LLC*, No. 15-350, were also served via First Class U.S. Mail:

Medical Marijuana of the Rockies, LLC
c/o Gerald Jay Olson
720 Summit Boulevard, Suite 101A
Frisco, CO 80443

Gerald Jay Olson
85 Wheeler Place, #209
Copper Mountain, CO 80443

The Managers, Inc.
1121 Dillon Dam Road
Frisco, CO 80443

Robert L. Haussman
213 Highwood Terrace
Frisco, CO 80443

Christine Voutour
14 Alpine Drive
Frisco, CO 80443

David Katz
P.O. Box 10000, Suite 257
Silverthorne, CO 80498

Dirk Fowler
507 Main Street
Frisco, CO 80443

Bank of the West
1000 N. Summit Boulevard
Frisco, CO 80443

Merchants Bonding Co.
c/o Larry Taylor
2100 Fleur Drive
Des Moines, IA 50321

Accounting Specialists, Inc.
1 West 1st Street
Nederland, CO 80466

Michael Massa
1 West 1st Street
Nederland, CO 80466

s/ Brian W. Barnes
BRIAN W. BARNES