**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  15-cv-00349-REB-CBS

SAFE STREET ALLIANCE,
PHYLLIS WINDY HOPE REILLY, and
MICHAEL P. REILLY,

     Plaintiffs,

v.

ALTERNATIVE HOLISTIC HEALING, LLC, d/b/a Rocky Mountain Organic;
JOSEPH R. LICATA;
JASON M. LICATA;
6480 PICKNEY, LLC;
PARKER WALTON;
CAMP FEEL GOOD, LLC;
ROGER GUZMAN;
BLACKHAWK DEVELOPMENT CORPORATION;
WASHINGTON INTERNATIONAL INSURANCE CO.;
DAVID L. PATCH;
PATCH CONSTRUCTION, LLC;
JOHN DOE 1;
JOHN W. HICKENLOOPER, JR., in his official capacity as Governor of Colorado;
BARBARA J. BROHL, in her official capacity as Executive Director of the Colorado Department of Revenue;
W. LEWIS KOSKI, in his official capacity as Director of the Colorado Marijuana Enforcement Division;
PUEBLO COUNTY COMMISSION; and
PUEBLO COUNTY LIQUOR & MARIJUANA LICENSING BOARD,

     Defendants.

## ORDER DISMISSING PARTIES

**Blackburn, J.**

The matter is before me on **Plaintiffs' Notice of Voluntary Dismissal Without Prejudice** [#82],[1] filed April 30, 2015. After careful review of the notice and the file, I conclude that the notice should be approved and that plaintiffs' claims against defendants, David L. Patch and Patch Construction, LLC, only, should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Plaintiffs' Notice of Voluntary Dismissal Without Prejudice** [#82], filed April 30, 2015, is approved;

2. That plaintiffs' claims against defendants, David L. Patch and Patch Construction, LLC, only, are dismissed without prejudice, with the affected parties to bear their attorney fees and costs; and

3. That defendants, David L. Patch and Patch Construction, LLC, are dropped as named parties to this action, and the case caption is amended accordingly.

Dated May 1, 2015, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge

---

[1] "[#82]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.