IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00462-WYD-NYW

JUSTIN SMITH, ET AL.,

    Plaintiffs,

v.

JOHN W. HICKENLOOPER, in his official capacity as Governor of the State of Colorado,

    Defendant.

Civil Action No. 15-cv-00349-REB-CBS

SAFE STREETS ALLIANCE, ET AL.,

    Plaintiffs,

v.

JOHN W. HICKENLOOPER, JR. in his official capacity as Governor of Colorado,
BARBARA J. BROHL, in her official capacity as Executive Director of the Colorado Department of Revenue,
W. LEWIS KOSKI, in his official capacity as Director of the Colorado Marijuana Enforcement Division, and
PUEBLO COUNTY LIQUOR & MARIJUANA LICENSING BOARD, ET AL.,

    Defendants.

## NOTICE OF RELATED CASES

Pursuant to D.C.COLO.LCivR 3.2, Plaintiffs in the civil action Smith, et al. v. Hickenlooper, 15-cv-00462-WYD-NYW, file this Notice of Related Cases with respect to the civil action Safe Streets Alliance, et al. v. Hickenlooper, et al., 15-cv-00349-REB-CBS. These

two related cases have common facts and common claims, and Governor Hickenlooper is a defendant in both cases.

The Plaintiffs in the Smith case are filing this Notice of Related Cases at this time because of the Order Granting Motions to Sever, by Judge Blackburn in the Safe Streets Alliance case, filed on July 14, 2015 (ECF No. 114). In that Order, Judge Blackburn severed Counts VII and VIII of the First Amended Complaint (ECF No. 66) in the Safe Streets Alliance case. As a result of the Order, the severed counts (Count VII and VIII) present facts and claims concerning the Controlled Substances Act, the Supremacy Clause, and the federal preemption doctrine, against Governor Hickenlooper, as well as other state officials, in connection with Colorado's Amendment 64. The Smith case presents similar facts and claims concerning the Controlled Substances Act, the Supremacy Clause, and the federal preemption doctrine, against Governor Hickenlooper, in connection with Colorado's Amendment 64. In both the Safe Streets Alliance case and the Smith case, Governor Hickenlooper has moved to dismiss the Plaintiffs' claims. The Motions to Dismiss in both cases are fully briefed. No hearing dates have been set by the Court.

Respectfully submitted on September 18, 2015.

                                               PLAINTIFFS JUSTIN SMITH, ET AL.,

                                               By their attorneys,

                                               s/ Paul V. Kelly
                                               Paul V. Kelly
                                               John J. Commisso
                                               Jackson Lewis P.C.
                                               75 Park Plaza
                                               Boston, MA 02116
                                               Tel. (617) 367-0025
                                               paul.kelly@jacksonlewis.com
                                               john.commisso@jacksonlewis.com

Mark A. de Bernardo
Jackson Lewis P.C.
10701 Parkridge Blvd., Suite 300
Reston, VA 20191
Tel. (703) 483-8300
debernam@jacksonlewis.com

Peter F. Munger (CO Bar No. 12438)
Kristen M. Baylis
Jackson Lewis P.C.
950 17th Street, Suite 2600
Denver, CO 80202
Tel. (303) 892-0404
peter.munger@jacksonlewis.com
kristen.baylis@jacksonlewis.com

## **CERTIFICATE OF SERVICE**

I certify that on September 18, 2015, I served a copy of this document upon all counsel of record through the Court's electronic filing CM/ECF system.

s/ Paul V. Kelly

4844-7268-0232, v. 1