**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-00349-REB-CBS

SAFE STREETS ALLIANCE,
PHILLIS WINDY HOPE REILLY, and
MICHAEL P. REILLY,

      Plaintiffs,

v.

ALTERNATIVE HOLISTIC HEALING, LLC, d/b/a Rocky Mountain Organic,
JOSEPH R. LICATA,
JASON M. LICATA,
6480 PICKNEY, LLC,
PARKER WALTON,
CAMP FEEL GOOD, LLC,
ROGER GUZMAN,
BLACKHAWK DEVELOPMENT CORPORATION,
WASHINGTON INTERNATIONAL INSURANCE CO.,
JOHN W. HICKENLOOPER, Jr., in His Official Capacity as Governor of Colorado,
BARBARA J. BROHL, in Her Official Capacity as Executive Director of the Colorado Department of Revenue,
W. LEWIS KOSKI, in His Official Capacity as Director of the Colorado Marijuana Enforcement Division,
THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF PUEBLO, and
PUEBLO COUNTY LIQUOR & MARIJUANA LICENSING BOARD,

      Defendants.

---

### JUDGMENT PURSUANT TO FED. R. CIV. P. 54(b)

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 54(b), the following Judgment is hereby entered.

Pursuant to the **Order Re: Motions to Dismiss** [#118] of Judge Robert E. Blackburn entered on January 19, 2016, it is

ORDERED that Counts VII and VIII of the **First Amended Complaint** [#66], filed April 13, 2015, are dismissed with prejudice; it is

ORDERED that Counts I through VI, inclusive, of the **First Amended Complaint** [#66], filed April 13, 2015, are dismissed with prejudice as to the Pueblo defendants only; it is

ORDERED that as to Counts VII and VIII of the **First Amended Complaint** [#66], filed April 13, 2015, judgment with prejudice enters on behalf of defendants, John W. Hickenlooper, in his official capacity as Governor of Colorado; Barbara J. Brohl, in her official capacity as Executive Director of the Colorado Department of Revenue; W. Lewis Koski, in his official capacity as Director of the Colorado Marijuana Enforcement Division; The Board of County Commissioners of the County of Pueblo; and Pueblo County Liquor & Marijuana Licensing Board, and against plaintiffs, Safe Streets Alliance; Phillis Windy Hope Reilly; and Michael P. Reilly; it is

ORDERED that as to Counts I through VI, inclusive, of the **First Amended Complaint** [#66], filed April 13, 2015, at the time judgment enters, judgment with prejudice enters on behalf of defendants, The Board of County Commissioners of the County of Pueblo; and Pueblo County Liquor & Marijuana Licensing Board, and against plaintiffs, Safe Streets Alliance; Phillis Windy Hope Reilly; and Michael P. Reilly; it is

ORDERED that defendants are awarded their costs associated with Counts VII and VIII (*see* **Order Granting Motion To Sever** [#114], filed July 14, 2015), to be taxed by the clerk of the court in the time and manner specified in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1; it is

ORDERED that at the time judgment enters, the Pueblo defendants are to be awarded any additional costs associated with Counts I through VI, inclusive, to be taxed by the clerk of the court in the time and manner specified in Fed. R. Civ. P. 54(d)(1) and

D.C.COLO.LCivR 54.1; and it is

ORDERED that defendants, John W. Hickenlooper, in his official capacity as Governor of Colorado; Barbara J. Brohl, in her official capacity as Executive Director of the Colorado Department of Revenue; W. Lewis Koski, in his official capacity as Director of the Colorado Marijuana Enforcement Division; The Board of County Commissioners of the County of Pueblo; and Pueblo County Liquor & Marijuana Licensing Board, are dismissed as named parties to this action.

Dated at Denver, Colorado this 26th day of January, 2016.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/ K. Finney

K. Finney
Deputy Clerk