**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Action No. 15-cv-00349-REB-CBS

SAFE STREETS ALLIANCE, *et al*,

    Plaintiffs,

v.

ALTERNATIVE HOLISTIC HEALING, LLC, *et al*,

    Defendants.

## ORDER

**Blackburn, J.**

The matter before me is **Plaintiff's Unopposed Request That Judgment on Preemption Claims Be Set Out in a Separate Document as Required by Rule 58(a)** [#121],[1] filed January 25, 2016.  Because the clerk of the court has already entered judgment as to the severed claims in this lawsuit in accordance with my **Order Re: Motions to Dismiss** [#118], filed January 19, 2016 (*see* **Judgment** [#122], filed January 26, 2016), the motion is moot.

**THEREFORE, IT IS ORDERED** that **Plaintiff's Unopposed Request That Judgment on Preemption Claims Be Set Out in a Separate Document as Required by Rule 58(a)** [#121], filed January 25, 2016, is denied as moot.

Dated January 27, 2016, at Denver, Colorado.

                                    **BY THE COURT:**

                                    */s/ Robert E. Blackburn*
                                    Robert E. Blackburn
                                    United States District Judge

---

[1] "[#121]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.