IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 15-cv-00349-REB-CBS | Date: January 29, 2016 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*  *Counsel:*

SAFE STREETS ALLIANCE, *et al.,*   Brian Barnes

Plaintiff,

v.

ALTERNATIVE HOLISTIC HEALING,   Matthew Buck (by phone)
LLC, *et al.,*   James Pearson
   Sean Paris
   Kathryn Reilly

Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: STATUS CONFERENCE**
**Court in session: 10:02 a.m.**
Court calls case. Appearances of counsel.

This hearing comes before the court in regards to Judge Blackburn's most recent order regarding the state and Pueblo Defendants. Discussion regarding *[117] Plaintiffs' Motion for Leave to File Supplemental Complaint.*

**ORDERED:**  The Plaintiff shall file a Second Amended complaint that encompasses the facts and allegations raised in *[117-1] First Supplemental Complaint.* The Second Amended Complaint shall be filed by **12:00 p.m. on February 1, 2016.** In light of this order, *[117] Plaintiffs' Motion for Leave to File Supplemental Complaint* is **MOOT.**

The current motions to dismiss [docs. 77, 81, and 86], will equally apply to the Second Amended Complaint. To the extent any party wishes to provide supplemental briefing on the current motions to dismiss to raise facts and issues not raised in the Amended Complaint, those supplemental briefs shall be filed no later than **February 5, 2016.**

Parties are in agreement that oral argument on the motions to dismiss is not needed. The court

intends to file a RECOMMENDATION on the motions to dismiss by **February 16, 2016.**

Hearing Concluded.

**Court in recess: 10:33 a.m.**
Time in court: 00:31

To order transcripts of hearings please contact Stevens-Koenig Reporting at (303) 988-8470.