**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-00349-REB-CBS

SAFE STREETS ALLIANCE,
PHILLIS WINDY HOPE REILLY, and
MICHAEL P. REILLY,

      Plaintiffs,

v.

ALTERNATIVE HOLISTIC HEALING, LLC, d/b/a Rocky Mountain Organic,
JOSEPH R. LICATA,
JASON M. LICATA,
6480 PICKNEY, LLC,
PARKER WALTON,
CAMP FEEL GOOD, LLC,
ROGER GUZMAN,
BLACKHAWK DEVELOPMENT CORPORATION,
WASHINGTON INTERNATIONAL INSURANCE CO.,

      Defendants.

---

**FINAL JUDGMENT**

---

      In accordance with the orders filed during the pendency of this case, and

pursuant to Fed. R. Civ. P. 54(b), the following Judgment is hereby entered.

      Pursuant to the **Order Overruling Objections to and Adopting**

**Recommendation of United States Magistrate Judge** [#140] of Judge Robert E.

Blackburn entered on March 21, 2016, it is

      ORDERED that plaintiffs' claims are dismissed with prejudice; it is

      FURTHER ORDERED that judgment with prejudice enters on behalf of

defendants, Alternative Holistic Healing; Joseph Licata; Jason Licata; 6480 Pickney,

LLC; Parker Walton; Camp Feel Good, LLC; Roger Guzman; Blackhawk Development

Corporation; Washington International Insurance Company; and John Doe I, and against plaintiffs, Safe Streets Alliance; Phillis Windy Hope Reilly; and Michael P. Reilly, on all claims for relief and causes of action asserted herein; it is

FURTHER ORDERED that defendants are awarded their costs, to be taxed by the clerk of the court in the time and manner provided by Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 21st day of March, 2016.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/  K. Finney
_____

K. Finney
Deputy Clerk