# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT
_____

| | |
|---|---|
| SAFE STREETS ALLIANCE; PHILLIS WINDY HOPE REILLY; MICHAEL P. REILLY, <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> JOHN W. HICKENLOOPER, in his official capacity as Governor of Colorado; BARBARA J. BROHL, in her official capacity as Executive Director of the Colorado Department of Revenue; JAMES BURACK, in his official capacity as Director of the Colorado Marijuana Enforcement Division; THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF PUEBLO; PUEBLO COUNTY LIQUOR & MARIJUANA LICENSING BOARD, <br><br> Defendants - Appellees, <br><br> and <br><br> ALTERNATIVE HOLISTIC HEALING, LLC, d/b/a Rocky Mountain Organic; JOSEPH R. LICATA; JASON M. LICATA; 6480 PICKNEY, LLC; PARKER WALTON; CAMP FEEL GOOD, LLC; ROGER GUZMAN; BLACKHAWK DEVELOPMENT CORPORATION; WASHINGTON INTERNATIONAL INSURANCE CO.; JOHN DOE 1, <br><br> Defendants. | No. 16-1048 <br> (D.C. No. 1:15-CV-00349-REB-CBS) <br> (D. Colo.) |

------------------------------

STATE OF NEBRASKA; STATE OF OKLAHOMA,

    Intervenors.

------------------------------

STATE OF WASHINGTON; STATE OF OREGON; ROBERT A. MIKOS; SAM KAMIN; DOUGLAS A. BERMAN; ROBERT J. WATKINS; ALEX KREIT,

    Amici Curiae.
_____

JUSTIN E. SMITH; CHAD DAY; SHAYNE HEAP; RONALD B. BRUCE; CASEY SHERIDAN; FREDERICK D. MCKEE; JOHN D. JENSON; MARK L. OVERMAN; BURTON PIANALTO; CHARLES F. MOSER; PAUL B. SCHAUB; SCOTT DECOSTE,

    Plaintiffs - Appellants,

v.

JOHN W. HICKENLOOPER, Governor of the State of Colorado,

    Defendant - Appellee.

------------------------------

STATE OF WASHINGTON; STATE OF OREGON; ROBERT A. MIKOS; SAM KAMIN; DOUGLAS A. BERMAN; ROBERT J. WATKINS; ALEX KREIT,

    Amici Curiae.
_____

No. 16-1095
(D.C. No. 1:15-CV-00462-WYD-NYW)
(D. Colo.)

SAFE STREETS ALLIANCE; PHILLIS WINDY HOPE REILLY; MICHAEL P. REILLY,

    Plaintiffs - Appellants,

v.

ALTERNATIVE HOLISTIC HEALING, LLC, d/b/a Rocky Mountain Organic; JOSEPH R. LICATA; JASON M. LICATA; 6480 PICKNEY, LLC; PARKER WALTON; CAMP FEEL GOOD, LLC,

    Defendants - Appellees,

and

ROGER GUZMAN; BLACKHAWK DEVELOPMENT CORPORATION; WASHINGTON INTERNATIONAL INSURANCE CO.; THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF PUEBLO; PUEBLO COUNTY LIQUOR & MARIJUANA LICENSING BOARD; JOHN DOE 1,

    Defendants.

No. 16-1266
(D.C. No. 1:15-CV-00349-REB-CBS)
(D. Colo.)

_____

**JUDGMENT**
_____

Before **BRISCOE**, **HARTZ**, and **HOLMES**, Circuit Judges.
_____

This case originated in the District of Colorado and was argued by counsel.

It is the judgment of the court that:

The parties dispute whether Amendment 64 is preempted by the CSA. Our conclusions regarding the preemption claims do not require us to reach that question. We therefore do not decide whether the CSA preempts any aspect of Amendment 64, or Colorado and Pueblo County's laws or regulations.

Rather, in No. 16-1266, the district court's order and its judgment dismissing Counts I through VI of the Second Amended Complaint in <u>Safe Streets Alliance</u> are AFFIRMED in part and REVERSED in part as follows:

- The dismissal of the Reillys' RICO claims against the Marijuana Growers premised on one (or more) of the three types of injuries to the Reillys' property that were plausibly pled is REVERSED, and those claims are reinstated.

- The dismissal of the Reillys' RICO claims against the Marijuana Growers premised on any other injury is AFFIRMED.

- The dismissal of Safe Streets' RICO claims and of the Reillys' RICO claims against every other defendant is AFFIRMED.

In No. 16-1048, the district court's order and its judgment dismissing with prejudice the Reillys and Safe Streets' preemption claims, Counts VII and VIII of the First Amended Complaint in <u>Safe Streets Alliance</u>, are AFFIRMED.

In No. 16-1095, the district court's order dismissing with prejudice the Law Enforcement Officers' claims and its judgment in <u>Smith</u> are AFFIRMED.

Our order granting Nebraska and Oklahoma's motion in No. 16-1048 to intervene in <u>Safe Streets Alliance</u> is VACATED.  Nebraska and Oklahoma's motions to intervene in Nos. 16-1048 and 16-1095 are DENIED.

Finally, therefore, Counts I through VI of the Second Amended Complaint in <u>Safe Streets Alliance</u> are REMANDED for further proceedings consistent with this opinion.

                                                Entered for the Court

                                                ELISABETH A. SHUMAKER, Clerk