# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

_____  )
SAFE STREETS ALLIANCE, *et al.*,     )
                                     )
    *Plaintiffs*,                  )
                                     )
    v.                             )    No. 15-349-REB-CBS
                                     )
ALTERNATIVE HOLISTIC                 )
HEALING, LLC, *et al.*,              )
                                     )
    *Defendants*.                  )
_____  )

## NOTICE OF VOLUNTARY DISMISSAL

    For the elimination of any doubt, Plaintiffs voluntarily dismiss with prejudice the following parties, who were previously named as defendants: Roger Guzman, Blackhawk Development Corporation, and Washington International Insurance Co. Plaintiffs did not appeal the Court's dismissal of their RICO claims against those defendants. *See* Notice of Appeal (June 27, 2016) [#153].

Date:  July 7, 2017                                           Respectfully submitted,

                                                                         s/ David H. Thompson
                                                                         David H. Thompson
                                                                         *Counsel of Record*
                                                                         COOPER & KIRK, PLLC
                                                                         1523 New Hampshire Avenue, N.W.
                                                                         Washington, D.C. 20036
                                                                         (202) 220-9600
                                                                          (202) 220-9601 (fax)
                                                                          dthompson@cooperkirk.com

2

*Of Counsel*:
Charles J. Cooper
Howard C. Nielson, Jr.
Peter A. Patterson
Brian W. Barnes
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (fax)

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

    I hereby certify that on July 7, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to attorneys for all parties in this case.

                                                                s/ David H. Thompson
                                                                David H. Thompson