**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 15-cv-00349-REB-CBS

SAFE STREETS ALLIANCE,
PHILLIS WINDY HOPE REILLY, and
MICHAEL P. REILLY,

    Plaintiffs,

v.

ALTERNATIVE HOLISTIC HEALING, LLC, d/b/a Rocky Mountain Organic,
JOSEPH R. LICATA,
JASON M. LICATA,
6480 PICKNEY, LLC,
PARKER WALTON,
CAMP FEEL GOOD, LLC,
ROGER GUZMAN,
BLACKHAWK DEVELOPMENT CORPORATION, and
WASHINGTON INTERNATIONAL INSURANCE CO.,

    Defendants.

## ORDER DISMISSING PARTIES

**Blackburn, J.**

The matter is before me on plaintiffs' **Notice of Voluntary Dismissal** [#166],[1] filed July 7, 2017. After careful review of the notice and the file, I conclude the notice should be approved and plaintiffs' claims against defendants Roger Guzman, Blackhawk Development Corporation, and Washington International Insurance Co., should be dismissed without prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

---

[1] "[#166]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

1. That plaintiffs' **Notice of Voluntary Dismissal** [#166], filed July 7, 2017, is approved;

2. That plaintiffs' claims against defendants Roger Guzman, Blackhawk Development Corporation, and Washington International Insurance Co., are dismissed with prejudice, with the parties to bear their attorney fees and costs; and

3. That defendants Roger Guzman, Blackhawk Development Corporation, and Washington International Insurance Co., are dropped as parties to this action, and the caption amended accordingly.

Dated July 7, 2017, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge