**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-CV-00349-REB-CBS

SAFE STREETS ALLIANCE,
PHILLIS WINDY HOPE REILLY, and
MICHAEL P. REILLY

    Plaintiffs,

v.

ALTERNATIVE HOLISTIC HEALING, LLC, d/b/a Rocky Mountain Organic,
JOSEPH R. LICATA,
JASON M. LICATA,  et al.

    Defendants.
_____

**STIPULATION TO DISMISS ALTERNATIVE HOLISTIC HEALING, LLC
JOSEPH R. LICATA AND JASON M. LICATA**
_____

Plaintiffs Safe Streets Alliance, Phillis Windy Hope Reilly and Michael P. Reilly (collectively referred to as the "Plaintiffs") by and through their counsel David H. Thompson of Cooper & Kirk, PLLC and Alternative Holistic Healing, LLC, Joseph Licata and Jason Licata (collectively referred to as the "Licata Defendants") hereby stipulate and agree that all claims and complaints in the above-referenced action should be dismissed against the Licata Defendants, with prejudice, with each party to pay their own attorneys' fees and costs. For the elimination of doubt, this stipulation of dismissal covers only the defendants listed above, and Plaintiffs' claims against Defendants 6480 Pickney, LLC, Parker Walton, and Camp Feel Good, LLC, remain pending before the Court.

Date: March 12, 2018						Respectfully submitted,

							/s/ David H. Thompson
							_____
							David H. Thompson
							Counsel of Record
							COOPER & KIRK, PLLC
							1523 New Hampshire Avenue, N.W.
							Washington, D.C. 20036
							(202) 220-9600
							(202) 220-9601 (fax)
							BBarnes@cooperkirk.com

							Counsel for Plaintiffs


							*/s/ Gregory C. Graf*
							_____
							Gregory C. Graf
							BERTRAM & GRAF, LLC
							6500 S. Quebec Street, Suite 300
							Greenwood Village, Colorado 80111
							Telephone:  (303) 721-9795
							Facsimile:  (720) 302-3017
							Email:gcgraf@graflaw.com

							Counsel for the Licata Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel for all parties in this case.

/s/ David H. Thompson
_____
DAVID H. THOMPSON