**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| PHILLIS WINDY HOPE REILLY and MICHAEL P. REILLY | )<br>)<br>) |
| *Plaintiffs*, | ) |
| v. | )   No. 15-349-REB-CBS |
| 6480 PICKNEY, LLC, PARKER WALTON, and CAMP FEEL GOOD, LLC | )<br>)<br>) |
| *Defendants.* | ) |

**STIPULATED STATEMENT OF CLAIMS AND DEFENSES
THAT SHOULD BE GIVEN TO THE JURY**

Pursuant to REB Civ. Practice Standard IV.E.4.a(1), the parties submit this stipulation of claims and defenses that should be given to the jury in the trial of this matter.

The only claims to be presented to the jury are Counts I and V of the Complaint. With respect to Count I, the Court entered partial summary judgment that all three remaining Defendants violated 18 U.S.C. § 1962(c). Accordingly, the only issues to be decided by the jury for purposes of Count I are: (1) whether Plaintiffs' property has been injured; (2) whether Defendants' conduct is the cause of any such injury; and (3) the amount of Plaintiffs' damages. *Safe Streets Alliance v. Hickenlooper*, 859 F.3d 865, 881 (10th Cir. 2017). The Court also entered summary judgment with respect to Count V, ruling that Mr. Walton violated 18 U.S.C. § 1962(c). Count V is identical to Count I for

purposes of the issues the Court did not resolve in its summary judgment ruling except that Mr. Walton is the only defendant. Accordingly, the issues to be decided by the jury for purposes of Count V are: (1) whether Plaintiffs' property has been injured; (2) whether Mr. Walton's conduct is the cause of any such injury; and (3) the amount of Plaintiffs' damages. *Safe Streets Alliance v. Hickenlooper*, 859 F.3d 865, 881 (10th Cir. 2017).

All stipulated and contested jury instructions, along with the parties' contested verdict forms, are being filed as exhibits to this document and will also be submitted to the Court via electronic mail.

Date: September 29, 2018

Respectfully submitted,

s/ Matthew W. Buck
Matthew W. Buck
RED LAW
445 Broadway Suite 126
Denver, CO 80203
720-771-4511
matt@red.law

*Counsel for Defendants*

s/ David H. Thompson
David H. Thompson
*Plaintiffs' Counsel of Record*
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (fax)
dthompson@cooperkirk.com

*Of Counsel*:
Charles J. Cooper
Peter A. Patterson
Brian W. Barnes
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 220-9600

*Counsel for Plaintiffs Phillis Windy Hope Reilly, and Michael P. Reilly*

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all attorneys who have entered appearances in this case.

s/ David H. Thompson
David H. Thompson
