IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JUDGE ROBERT E. BLACKBURN

Case No.: 15-349-REB-SKC  Date: October 4, 2018

Case Caption: SAFE STREETS ALLIANCE, et al., v. ALTERNATIVE HOLISTIC HEALING, LLC, et al.,

Defendants
(Name and Party Designation)

WITNESS LIST

| WITNESS | DATE(S) TESTIFIED |
|---|---|
| Parker Walton | October 30-November 1, 2018 |
| Ivor Hill | October 30-November 1, 2018 |
| Melanie Bosarge | October 30-November 1, 2018 |

*Rev. April 15, 2002*