IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No.15-cv-00349-REB-SKC

PHILLIS WINDY HOPE REILLY, and
MICHAEL P. REILLY,

    Plaintiffs,

v.

6480 PICKNEY, LLC,
PARKER WALTON, and
CAMP FEEL GOOD, LLC,

    Defendants.

## VERDICT FORM

We the jury, on our oaths, present our Answers to Questions submitted by the court, to which we have all agreed:

1. Do you find by a preponderance of the evidence that plaintiffs, Phillis Windy Hope Reilly and Michael P. Reilly, have proven all three (3) essential elements of their claim that the operation of a marijuana cultivation facility by defendants 6480 Pickney, LLC, Parker Walton, and Camp Feel Good, LLC, caused one or more injuries to plaintiffs' real property, as set forth in Instruction No. 9?

    **ANSWER:**    Yes _____    No __✓__

**[If you answered "yes" to Question No. 1, please answer Question No. 2. If you answered "no" to Question No. 1, then please do not answer Question No. 2, but instead proceed to Question No. 3.]**

2. If you answered "yes" to Question No. 1, what is the amount of damages, if any, which you find have been proven by a preponderance of the evidence are attributable to the following injuries? Please answer in dollars and cents. If you find no damages in a category, please answer -0-.

    (a) **Loss of use and enjoyment due to noxious odors, noise, and/or obstruction of view:**   $_____

    (b) **Diminution in value of property due to noxious odors:** $_____

    (c) **Diminution in value of property due to operation of marijuana cultivation facility adjacent to plaintiffs' property:**   $_____

3. Do you find by a preponderance of the evidence that plaintiffs, Phillis Windy Hope Reilly and Michael P. Reilly, have proven all three (3) essential elements of their claim that the operation of a marijuana cultivation facility by defendant Parker Walton, in conjunction with other persons, caused one or more injuries to plaintiffs' real property, as set forth in Instruction No. 9?

        **ANSWER:**   Yes _____   No __✓__

[If you answered "yes" to Question No. 3, please answer Question No. 4. If you answered "no" to Question No. 2, please do not answer any further questions, but instead sign and date the Verdict Form.]

4. If you answered "yes" to Question No. 3, what is the amount of damages, if any, which you find have been proven by a preponderance of the evidence are attributable to the following injuries? Please answer in dollars and cents. If you find no damages in a category, please answer -0-.

(a) **Loss of use and enjoyment due to noxious odors, noise, and/or obstruction of view:** $_____

(b) **Diminution in value of property due to noxious odors:** $_____

(c) **Diminution in value of property due to operation of marijuana cultivation facility adjacent to plaintiffs' property:** $_____

DATED: OCTOBER 31, 2018.

Juror Signatures Redacted