**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-00349-REB-SKC

PHILLIS WINDY HOPE REILLY and
MICHAEL P. REILLY,

      Plaintiffs,

v.

6480 PICKNEY, LLC,
PARKER WALTON, and
CAMP FEEL GOOD, LLC,

      Defendants.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

THIS MATTER was tried from October 29 to October 31, 2018, before an empaneled jury of nine, Senior United States District Judge Robert E. Blackburn presiding. The case was submitted to the jury on October 31, 2018, on plaintiffs' claims under the Racketeer Influenced and Corrupt Organizations Act.

The jury rendered unanimous verdicts.

Pursuant to and in accordance with the jury's verdicts for the defendants, it is therefore

ORDERED that judgment is entered in favor of defendants, 6480 Pickney, LLC, Parker Walton, and Camp Feel Good, LLC, and against plaintiffs, Phillis Windy Hope Reilly and Michael P. Reilly. It is

FURTHER ORDERED that plaintiffs' claims and this case are dismissed with prejudice. It is

FURTHER ORDERED that costs shall be taxed by the clerk of the court in the time and manner prescribed by Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

DATED at Denver, Colorado, this 8th day of November, 2018.

APPROVED:

*Bob Blackburn*
United States District Judge

FOR THE COURT:
Jeffrey P. Colwell, Clerk

By:  s/L.Roberson
L. Roberson, Deputy Clerk